Herman H. Hettler Lumber Company, appellant, v. City of Chicago, appellee. Gen. No. 35,545.

 Opinion
filed June 15, 1932.

R. E. Howe and Gallagher, Rinaker, Wilkinson & Hall, for appellant. William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellee; John S. Boyle, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel.

Mr. Justice Wilson delivered the opinion of the court.